[No. 15468-8-III.    Division Three.    June 17, 1997.]

GUADALUPE CERVANTES, *Appellant*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-2-01320-1, Heather K. Van Nuys,
J., entered December 15, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J.,
concurred in by Schultheis, A.C.J., and Brown, J.


[No. 19278-1-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ELDEN S.
GEBAROFF, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 94-1-00291-3, Gordon Godfrey, J.,
entered March 13, 1995. *Reversed* by unpublished opinion
per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ. Now published at 87 Wn. App. 11.


[No. 19313-2-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
J. GANNON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 94-1-00115-3, David R. Draper, J., entered
March 16, 1995. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.


[No. 19836-3-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
A. PLECHNER, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 95-1-00048-7, James B. Sawyer II, J.,
entered August 10, 1995. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Bridgewater, A.C.J.,
and Hunt, J.